UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAJUAN PHILLIP STROMAN,

           Plaintiff,

     v.

DAVE DAVEY,

           Defendant.

Case No.  14-cv-02245-EMC

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

Docket No. 24

      The Court denied the petition for writ of habeas corpus and entered judgment on March 30, 2016.  Petitioner has filed a notice of appeal and requested a certificate of appealability.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  The request for a certificate of appealability (Docket No. 24) is **DENIED** because Petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

      The Clerk shall forward to the court of appeals the case file with this order.  *See United States v. Assar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

      **IT IS SO ORDERED**.

Dated: May 20, 2016

_____
EDWARD M. CHEN
United States District Judge